FILED
CHARLOTTE, NC

JAN - 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

12-25-25

Dear Honorable Clerk & Judge.

I filed a lawsuit awhile back and even went to Appeals. It was dismissed. I get that I didn't have the knowledge to win my suit, but I know now what I should have done to even further prove my claim. I also will be getting out in 5 months and all I have to do is contact the guys who beat me up who told the defendants to bring me back to that block. You see I couldn't afford a court reporter to have the right questions asked. I couldn't do much being in prison. The truth will be brought forth for there is no error in truth. I am asking the courts permission to bring this case or refile this case again when I get out with this old evidence I could not or was not allowed to proceed to do or blocked by legal stuff, but it will be newly discovered evidence I just can now bring it out in open because I will be out of prison to do so. I will repay the filing

fee again and seek legal help as well so that I can get justice.

JASON CARMONA VS. Kelly MArtin, Hollie Younts

I will also be naming more defendants who were involved, may I do this with the courts please? Stipulations if any? (I can't remember case No:)

And must I pay a fee to recieve everything on this case again for review? (Copies)

Also have you recieved any other complaint Lawsuits just recently from me? Thank you

JASON CARMONA
#1476563
maury C.I
2568 moorerouse rd
maury. N.C 28554